## LANDRUM v FULTON

Ohio Appeals, 5th Dist, Knox Co

Decided Oct 31, 1933

Columbus Ewalt, Mt. Vernon, and W. J. Sperry, Mt. Vernon, for plaintiff.

John W. Bricker, Attorney General, Columbus, and Wm. L. Robinson, Mt. Vernon, for defendant.

For full opinion see 40 OLR 239; 191 NE 917; 47 Oh Ap 376.